**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 38507**

| | | |
|---|---|---|
| STATE OF IDAHO, | ) | 2011 Unpublished Opinion No. 694 |
| | ) | |
| Plaintiff-Respondent, | ) | Filed: November 10, 2011 |
| | ) | |
| v. | ) | Stephen W. Kenyon, Clerk |
| | ) | |
| KENNETH GILMAN PIERSON, JR., | ) | THIS IS AN UNPUBLISHED |
| | ) | OPINION AND SHALL NOT |
| Defendant-Appellant. | ) | BE CITED AS AUTHORITY |
| | ) | |

Appeal from the District Court of the Seventh Judicial District, State of Idaho, Bingham County.  Hon. Darren B. Simpson, District Judge.

Judgment of conviction and unified sentence of eight years, with a minimum period of confinement of three years, for possession of sexually exploitative material for other than a commercial purpose, <u>affirmed</u>.

Molly J. Huskey, State Appellate Public Defender; Shawn F. Wilkerson, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before GRATTON, Chief Judge; LANSING, Judge;
and GUTIERREZ, Judge

_____

PER CURIAM

Kenneth Gilman Pierson, Jr. pled guilty to possession of sexually exploitative material for other than a commercial purpose.  Idaho Code §§ 18-1507, 18-1507A.  The district court sentenced Pierson to a unified term of eight years, with a minimum period of confinement of three years to be served consecutively with his sentence in an Ada County case.  Pierson appeals asserting that the district court abused its discretion when it ordered his sentence in this matter to run consecutively with his sentence in an Ada County case.

Sentencing is a matter for the trial court's discretion.  Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and

1

need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Pierson's judgment of conviction and sentence are affirmed.